# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NICOLE JONES, on behalf of herself and all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>UNIRUSH, LLC d/b/a UNIRUSH FINANCIAL SERVICES, RUSH COMMUNICATIONS, LLC, RUSH COMMUNICATIONS OF NYC, INC., METABANK, and META FINANCIAL GROUP, INC.,<br><br>    Defendants. | Case No.: 5:15-cv-05996-JLS<br><br><br><br>**CLASS ACTION** |

### NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE
### PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff hereby gives notice that the above-captioned action is voluntarily dismissed with prejudice against the Defendants. Defendants have not served an answer or a motion for summary judgment in this Action.

Date: January 5, 2017

                                            */s/ Joseph G. Sauder*
                                            Joseph G. Sauder
                                            MCCUNE WRIGHT AREVALO LLP
                                            555 Lancaster Avenue
                                            Berwyn, PA 19312
                                            Telephone: (610) 200-0580
                                            jgs@mccunewright.com

                                            *Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

    I, Joseph G. Sauder, certify that I caused the foregoing to be electronically filed in this case on January 5, 2017, using the Court's CM/ECF System, thereby serving it upon all counsel of record in this case.

                                      */s/ Joseph G. Sauder*
                                      Joseph G. Sauder